Submitted March 25, affirmed April 30, 2014

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

BRADLEY M. S. KRUTSINGER,
*Defendant-Appellant.*

Josephine County Circuit Court
110054M; A150699

325 P3d 811

Peter Gartlan, Chief Defender, and Robin A. Jones, Senior Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Joanna L. Jenkins, Assistant Attorney General, filed the brief for respondent.

Before Sercombe, Presiding Judge, and Hadlock, Judge, and Tookey, Judge.

PER CURIAM